# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| KERR MACHINE CO., <br><br> Plaintiff, <br><br> v. <br><br> VULCAN ENERGY SERVICES, LLC, et al., <br><br> Defendants. | CIVIL ACTION NO. 6:21-CV-044-ADA <br><br> JURY TRIAL DEMANDED |

## Joint Proposed Schedule

Plaintiff Kerr Machine Co. and Defendants Vulcan Industrial Holdings, LLC ("VIH"), Vulcan Energy Services, LLC ("VES"), and Cizion, LLC d/b/a Vulcan Industrial Manufacturing ("VIM") file this proposed schedule as directed by the Court April 24, 2021.

| Date | Event |
|---|---|
| May 7, 2021 | Plaintiff serves preliminary infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) is found. Plaintiff shall also identify the priority date (*i.e.* the earliest date of invention) for each asserted claim and produce a copy of the file history for each patent in suit. |
| May 7, 2021 | Case Management Conference |
| June 1, 2021 | Deadline to file Motions to Transfer |
| June 7, 2021 | Defendant shall serve preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including CAD drawings and software where applicable, sufficient to show the operation of the accused product(s), and (3) summary, annual sales information for the accused product(s) for the prior two years, unless the parties agree to some other timeframe. |

| June 11, 2021 | Parties exchange claim terms for construction |
|---|---|
| June 25, 2021 | Parties exchange proposed claims constructions |
| June 30, 2021 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall also provide a summary of the witness's expected testimony including the opinions to be expressed and a general description of the basis and reasons therefor. A failure to summarize the potential expert testimony in a good faith, informative fashion may result in the exclusion of the proffered testimony. With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| July 1, 2021 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| July 16, 2021 | Parties file Opening claim construction briefs, including any arguments that any claim terms are indefinite |
| August 06, 2021 | Parties file Responsive claim construction briefs |
| August 20, 2021 | Parties file Reply claim construction briefs |
| August 27, 2021 | Parties file Joint Claim Construction Statement, optional tutorials, and consolidated briefing collated by Opening, Response, and Reply. |
| September 24, 2021 | *Markman* hearing |
| September 27, 2021 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a) |
| October 25, 2021 | Deadline to add parties |
| February 18, 2022 | Deadline to serve Final Infringement and Invalidity Contentions |
| February 25, 2022 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or claims |
| April 1, 2022 | Close of fact discovery |
| April 20, 2022 | Opening expert reports |
| May 4, 2022 | Rebuttal expert reports |
| May 11, 2022 | Close of expert discovery |

| | |
|---|---|
| May 23, 2022 | Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references at issue. The parties shall file a report within 5 business days regarding the results of the meet and confer. |
| May 25, 2022 | Dispositive motion deadline and *Daubert* motion deadline |
| June 6, 2022 | Serve pretrial disclosures (jury instructions, exhibit list, witness lists, designations) |
| June 13, 2022 | Serve objections to pretrial disclosures/rebuttal disclosures |
| June 20, 2022 | Serve objections to rebuttal disclosures and File Motions *in limine* |
| June 27, 2022 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, designations); file oppositions to motions *in limine* |
| June 30, 2022 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine* |
| July 6, 2022 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine* |
| July 11, 2022 | Final pretrial conference |
| July 18, 2022 | Jury selection/trial |

Dated: April 30, 2021                                         Respectfully submitted,

/s/ *Rocco Magni*                                              /s/ *Adi Sirkes*

Brian D. Melton (Texas 24010620)           Jean C. Frizzell (Texas 07484650)
Meng Xi (California 280099)                     Jeremy L. Doyle (Texas 24012553)
(*pro hac vice*)                                              Adi Sirkes (Texas 24117059)
Rocco Magni (Texas 24092745)               REYNOLDS FRIZZELL LLP
Thomas V. Del Rosario (Texas 24110645)   1100 Louisiana Street, Suite 3500
(*pro hac vice*)                                              Houston, Texas 77002
SUSMAN GODFREY LLP                            Tel: (713) 485-7200
1000 Louisiana Street, Suite 5100              Fax: (713) 485-7250
Houston, Texas 77002                                jfrizzell@reynoldsfrizzell.com
Tel: (713) 651-9366                                    doyle@reynoldsfrizzell.com
Fax: (713) 654-6666                                   asirkes@reynoldsfrizzell.com
bmelton@susmangodfrey.com
rmagni@susmangodfrey.com                  Jeffrey S. Whittle (Texas 24037813)
tdelrosario@susmangodfrey.com            Joshua P. Davis (Texas 24059626)
                                                                    WOMBLE BOND DICKINSON (US) LLP

**COUNSEL FOR KERR MACHINE CO.**

811 Main Street, Suite 3130
Houston, Texas 77002
Tel: (713) 998-7859
Jeffrey.Whittle@wbd-us.com
Joshua.P.Davis@wbd-us.com

Barry J. Herman (*pro hac vice*)
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, Maryland 21202
Tel: (410) 545-5830
Fax: (410) 769-1530

**COUNSEL FOR VULCAN ENERGY SERVICES, LLC, VULCAN INDUSTRIAL HOLDINGS, LLC, AND CIZION LLC D/B/A VULCAN INDUSTRIAL MANUFACTURING**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Jean C. Frizzell (07484650)
Jeremy L. Doyle (24012553)
Adi Sirkes (24117059)
REYNOLDS FRIZELL LLP
1100 Louisiana St Ste 3500
Houston, TX 77002
Telephone: (713) 485-7200
Facsimile: (713) 485-7250
jfrizzell@reynoldsfrizzell.com
doyle@reynoldsfrizzell.com
asirkes@reynoldsfrizzell.com

Jeffrey S. Whittle
Joshua P. Davis
WOMBLE BOND DICKINSON
811 Main St., Suite 3130
Houston, TX 77002
Telephone: (346) 998-7859
Jeffrey.whittle@wbd-us.com
Joshua.p.davis@wbd-us.com

Barry J. Herman
WOMBLE BOND DICKINSON
100 Light St., 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Facsimile: (410) 769-1530
barry.herman@wbd-us.com

*Attorneys for Vulcan Energy Services, LLC,*
*Vulcan Industrial Holdings, LLC, and*
*Cizion LLC d/b/a Vulcan Industrial*
*Manufacturing*

/s/ *Rocco Magni*
Rocco Magni